UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HADJI HAIDARA,

        Petitioner,

                    ORDER
  v.                 07-CV-616A

CHARLES MULE, et al.,

        Defendant.

---

  The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 11, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that the petition for habeas corpus be denied.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

  ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the petition for habeas corpus is denied.

  The Clerk of Court shall take all steps necessary to close the case.

  SO ORDERED.

                 s/ *Richard J. Arcara*
                 HONORABLE RICHARD J. ARCARA
                 CHIEF JUDGE
                 UNITED STATES DISTRICT COURT

DATED:  June 17, 2008